IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| THERESA BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 119-188 |
| | ) |
| BETSY DEVOS, Secretary U.S. Dept. of Education; MICHAEL E. HOROWITZ, Inspector General U.S. Dept. of Education; UNITED STATES DEPT. OF EDUCATION; and NAVIENT CORPORATION, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 11th day of September, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA