AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THERESA BRADLEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV 119-188

BETSY DEVOS, Secretary U.S. Dept. of Education; MICHAEL E. HOROWITZ, Inspector General U.S. Dept. of Education; UNITED STATES DEPT. OF EDUCATION; and NAVIENT CORPORATION,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of September 11, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, and Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief can be granted, and this civil action stands CLOSED.

09/11/2020  
Date



John E. Triplett, Acting Clerk  
Clerk

*Tara H. Burton*  
(By) Deputy Clerk

GAS Rev 10/2020